IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17-CR-270 |
| vs. | |
| CHRISTOPHER GUDGEL, | ORDER |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion to Dismiss Indictment (filing 25). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment, without prejudice, as it relates to the above-captioned defendant.

IT IS ORDERED:

1. The plaintiff's Motion to Dismiss Indictment (filing 25) is granted.

2. The indictment is dismissed as to defendant Christopher Gudgel.

Dated this 15th day of December, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge